# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TERRY, II,<br><br>  Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>  Defendant. | Case No. CV-14-2664-CBM-AGR<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [JS-6]** |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. CV-14-2664-CBM-AGR, is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter. All hearings are vacated.

Dated: _October 16, 2014

_____
Hon. Consuelo B. Marshall
United States District Judge

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

139619.1

1

Case No. CV-14-2664-CBM-AGR
ORDER RE STIPULATION FOR DISMISSAL
OF ACTION WITH PREJUDICE